**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JEFFREY PARKER,<br>*Plaintiff,*<br>v.<br>BARCLAYS BANK DELAWARE,<br>*Defendant.* | CIVIL ACTION<br>NO. 25-2217 |

**ORDER**

**AND NOW**, this 19th day of May 2025, upon consideration of Defendant Barclays Bank Delaware's Application for Admission *Pro Hac Vice* (ECF No. 9), it is hereby **ORDERED** that the Application Gregory P. Szewczyk is **GRANTED**.[1]

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.

[1] Counsel is directed to the United States District Court for the Eastern District of Pennsylvania's website to register for NextGen CM/ECF in the Eastern District. https://www.paed.uscourts.gov/nextgen-cmecf