**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JEFFREY PARKER,<br>*Plaintiff*,<br>v.<br>BARCLAYS BANK DELAWARE,<br>*Defendant*. | CIVIL ACTION<br>NO. 25-2217 |

**ORDER**

**AND NOW**, this 23rd day of June, 2025, upon consideration of Defendant Barclays Bank Delaware's Motion to Dismiss (ECF 13), and Plaintiff Jeffrey Parker having filed an Amended Complaint (ECF 16), it is hereby **ORDERED** that the Motion to Dismiss (ECF 13) is **DENIED as moot.**

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.