# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY PARKER, on behalf of himself and all others similar situated,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>BARCLAYS BANK DELAWARE,<br><br>    *Defendant.* | CIVIL ACTION<br><br>NO. 25-2217 |

## ORDER

**AND NOW**, this 29th day of September 2025, upon consideration of Plaintiff's Amended Complaint, (Dkt. No. 16), Defendant's Motion to Dismiss, (Dkt. No. 19), Plaintiff's Response, (Dkt. No. 21), and Defendant's Reply, (Dkt. No. 22), it is hereby **ORDERED** that the Motion to Dismiss for Lack of Personal Jurisdiction is **GRANTED**, and the case is **DISMISSED without prejudice**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.